043743/12538/JAF/SJB

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS
### BENTON DIVISION

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, as Subrogee of V TRUST CARRIERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> USF HOLLAND <br> 700 S. Waverly Road <br> Holland, MI 49423 <br><br> Defendant. | Cause No: 18-1303 |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, NATIONAL LIABILITY & FIRE INSURANCE COMPANY, as Subrogee of V TRUST CARRIERS, INC. (hereinafter referred to as "National" or "Plaintiff"), by and through its attorneys, Timothy P. Dugan of CASSIDAY SCHADE LLP, and complains of Defendant, USF HOLLAND (hereinafter referred to as "USF" or "Defendant") as follows:

### COUNT I – NEGLIGENCE

1. Plaintiff is a Connecticut corporation with its principal place of business in Omaha, Nebraska.

2. V TRUST CARRIERS, INC. is a for-hire motor carrier of property operating in interstate commerce subject to the jurisdiction of and operating pursuant to a registration issued by the United States Department of Transportation, Federal Motor Carrier Safety Administration ("FMCSA") in Docket No. MC-895270.

3. Defendant is a Michigan corporation, having its principal place of business in Holland, Michigan.

4. Defendant is a for-hire motor carrier of property operating in interstate commerce subject to the jurisdiction of and operating pursuant to a registration issued by the FMCSA in Docket No. MC-059206.

5. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, and 49 U.S.C. § 14706.

6. V TRUST CARRIERS, INC. was the delivering carrier as that term is used in 49 U.S.C. § 14706 and authorized to operate as an interstate motor carrier within the United States Judicial District for the Southern District of Illinois. Further, the occurrence at issue between the parties involving the transportation of freight took place in Clark County, Illinois.

7. On or about September 23, 2017, V TRUST CARRIERS, INC., in its capacity as a delivering carrier was transporting a shipment of freight from Joplin, Missouri, to Greenfield, Indiana (the shipment). The property broker for the shipment was C.H. Robinson Worldwide, Inc., FMCSA Docket No. MC-384859.

8. At the time the shipment was tendered to and received by V TRUST CARRIERS, INC., it was in good order and condition and the correct quantity.

9. V TRUST CARRIERS, INC. acknowledged receipt of the shipment in good order and condition and correct quantity on the bill of lading at issue therefor.

10. During the transportation of the shipment to the consignee thereof, V TRUST CARRIERS, INC.'s tractor-trailer was involved in an auto accident caused by a semi-tractor-trailer owned and operated by USF HOLLAND (the occurrence), which resulted in damage to the shipment. The damage to the shipment was severe and there was no opportunity for salvage.

11. C.H. Robinson Worldwide, Inc., as the property broker for the shipment at issue, made a cargo damage claim to V TRUST CARRIERS, INC. for the damage to the shipment resulting from the occurrence, in the amount of $32,931.84.

12. V TRUST CARRIERS, INC., through its insurance carrier, NATIONAL LIABILITY & FIRE INSURANCE COMPANY, made payment to C.H. Robinson Worldwide, Inc. in the amount of $32,931.84.

13. Upon receipt of the full amount of its cargo loss claim, C.H. Robinson executed a release agreement to V TRUST CARRIERS, INC., Mohammad Suliman, and NATIONAL LIABILITY & FIRE INSURANCE COMPANY. (A copy of the release agreement is attached hereto as Exhibit A.)

14. V TRUST CARRIERS, INC., through its deductible and insurance carrier, NATIONAL LIABILITY & FIRE INSURANCE COMPANY, was required to make payments totaling $37,931.84 ($32,931.84 cargo claim plus wrecker service charges of $5,000) due to Defendant USF HOLLAND's negligence in causing the occurrence.

15. V TRUST CARRIERS, INC. executed a policyholder release allowing its insurer, NATIONAL LIABILITY & FIRE INSURANCE COMPANY, to pursue a subrogation claim for the cargo loss.

16. Plaintiff has made demands upon Defendant to pay it for its full actual loss of $37,931.84 on account of the loss of the shipment, which Defendant has refused to pay, all to Plaintiff's damage.

17. Pursuant to 49 U.S.C. § 14706, Defendant is liable to Plaintiff for its full actual loss on account of a total loss of the subject shipment, which is $37,931.84.

WHEREFORE, Plaintiff, NATIONAL LIABILITY & FIRE INSURANCE COMPANY, as Subrogee of V TRUST CARRIERS, INC., prays for judgement in its favor and against Defendant, USF HOLLAND, in the amount of $37,931.84 plus interest, costs, and attorney's fees.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/Timothy P. Dugan
One of the Attorneys for NATIONAL LIABILITY & FIRE INSURANCE COMPANY, as Subrogee of V TRUST CARRIERS, INC.

Timothy P. Dugan | ADRC No. 6271610
CASSIDAY SCHADE LLP
100 N. Broadway Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
tdugan@cassiday.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 21, 2018, I electronically filed the foregoing document with the clerk of the court for the Southern District of Illinois using the electronic case filing system of the court.

/s/Timothy P. Dugan

8841844 SBROWN;RBENNER